# United States District Court
## Southern District of Georgia

Annie L. Hopkins,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV614-26, CR612-11,

United States of America,

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 12/11/14, adopting the Magistrate Judge's Report

and Recommendation, judgment is hereby entered dismissing the 2255 motion.

12/11/14
_____
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*